# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 12-cv-00209-REB-MEH

ROBERT ZADEL,

    Plaintiff,

v.

GSO INVESTMENTS, LLC, d/b/a CARPET EXCHANGE YOUR FLOOR STORE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#11][1] filed August 12, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#11] filed August 12, 2012, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for March 22, 2013, are **VACATED**;

3. That the jury trial set to commence April 8, 2013, is **VACATED**; and

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated August 13, 2012, at Denver, Colorado.

                                         **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge